J. S11037/19

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
             : PENNSYLVANIA
     v.       :
             :
KEVIN FORMAN,      : No. 214 EDA 2018
             :
     Appellant   :

Appeal from the Order Entered November 20, 2017,
in the Court of Common Pleas of Philadelphia County
Criminal Division at No. CP-51-CR-0003805-2014

BEFORE: SHOGAN, J., MURRAY, J., AND FORD ELLIOTT, P.J.E.


ORDER

AND NOW, to-wit, this 26<u>th </u>day of April, 2019, the Memorandum which

was filed today in the above-captioned case is hereby WITHDRAWN.

PER CURIAM